IN THE UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| MICHAEL T. JONES,<br><br>      Plaintiff,<br><br>      vs.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security,<br><br>      Defendant. | Civil No. 2:13-cv-00241-VEB<br><br>ORDER GRANTING<br>REMAND ON CONSENT |

Based upon the stipulation of the parties, it is hereby ORDERED that the Decision of the Commissioner of Social Security is REVERSED and this case is remanded to the Commissioner for further administrative proceedings. On remand, the ALJ shall consider whether Plaintiff suffers from severe mental impairments and address the opinions of Dr. Capes, Dr. Nelson, and Dr. Arnold. The ALJ shall re-assess the opinions of John Haynes, M.D., regarding Plaintiff's physical limitations. The ALJ shall re-evaluate Plaintiff's credibility. The ALJ

shall formulate a new RFC and obtain updated vocational expert testimony, if necessary. Plaintiff will be given the opportunity for a new hearing and any additional evidence he may wish to have added to the record will be received.

DATED this 7th day of May, 2014.

/s/Victor E. Bianchini
HONORABLE VICTOR E. BIANCHINI
UNITED STATES MAGISTRATE JUDGE