UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHIGNTON

MICHAEL T. JONES,

              Plaintiff,

   v.

CAROLYN W. COLVIN,
Commissioner of Social Security,

            Defendant.

No. 2:13-cv-241-VEB

JUDGMENT IN A CIVIL CASE

**STIPULATION BY THE PARTIES**:

The parties have stipulated to the remand of the captioned matter pursuant to sentence four of 42 U.S.C. § 405(g).

**IT IS ORDERED AND ADJUDGED** that**:**

The matter is **REVERSED and REMANDED** for additional proceedings pursuant to sentence four of 42 U.S.C. § 405(g).  Judgment is entered for Plaintiff.

DATED:  May 7, 2014

SEAN McAVOY
District Court Executive/Clerk

s/ L. Stejskal
Deputy Clerk

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28